Certificate Number: 12433-PAE-DE-027786660

Bankruptcy Case Number: 16-13984



12433-PAE-DE-027786660

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 21, 2016, at 3:28 o'clock PM EDT, Katharine Arias completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 21, 2016      By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher