# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 16-13984-AMC

KATHARINE ARIAS
REY A. ARIAS
7213 WALKER STREET

PHILADELPHIA, PA 19135-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KATHARINE ARIAS
    REY A. ARIAS
    7213 WALKER STREET

    PHILADELPHIA, PA 19135-

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    CURTIS CENTER - SUITE 160 WEST
    601 WALNUT STREET
    PHILA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 8/31/2016

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee