United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13984-amc
Katharine Arias                                                         Chapter 13
Rey A. Arias
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW              Page 1 of 1             Date Rcvd: Feb 11, 2017
                               Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db/jdb         +Katharine Arias,   Rey A. Arias,   7213 Walker Street,   Philadelphia, PA 19135-1112
13738870       +Police And Fire Fcu,   901 Arch St,   Philadelphia, PA 19107-2495

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              DAVID M. OFFEN    on behalf of Joint Debtor Rey A. Arias dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Katharine  Arias dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Chapter 13 |
| : | |
| Katharine Arias and : | Case No. 16-13984 (AMC) |
| Rey A. Arias, : | |
| : | **Hearing Date: February 7, 2017 at 11:00 a.m.** |
| Debtors. : | **Objections Due: January 30, 2017** |
| : | |

**STIPULATION OF POLICE AND FIRE FEDERAL CREDIT UNION AND
KATHARINE AND REY ARIAS RESOLVING MOTION
FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE
RIGHTS TO OBTAIN POSSESSION OF VEHICLE OR,
<u>ALTERNATIVELY, FOR ADEQUATE PROTECTION</u>**

WHEREAS, on June 3, 2016 (the "Petition Date"), Katharine Arias and Rey A. Arias (the "Debtors") filed a Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania;

WHEREAS, prior to the Petition Date, the Debtor financed the purchase a 2007 Honda Accord (the "Vehicle"), with financing from the Police and Fire Federal Credit Union ("PFFCU");

WHEREAS, PFFCU has requested adequate protection pursuant to 11 U.S.C. §361(1);

WHEREAS, to avoid the costs of litigation the Parties have agreed to resolve the issues between them.

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed as follows:

1. The Debtors' proposed Chapter 13 plan provides that the Debtors will pay the Financing to PFFCU through their plan.

2. Confirmation of the Debtors' proposed Chapter 13 plan has been adjourned several times.

119418789_1

3.  Due to the repeated adjournments of the confirmation hearing in this case, the Debtors are presently in arrears post-petition, in the total amount of $1,536.01 to PFFCU, representing seven months of unremitted payments, each in the amount of $219.43.

4.  The Vehicle is depreciating in value and, without receiving monthly payments, PFFCU's interests in the Vehicle are not adequately protected.

5.  Since the Petition Date, the Debtors have been making monthly payments to the Chapter 13 trustee in anticipation of confirming a Chapter 13 plan.

6.  To protect PFFCU's interests in the Vehicle pending confirmation of the Debtors' proposed Chapter 13 plan, the parties agreed that, upon entry of this Stipulated Order, the Chapter 13 Trustee shall release to PFFCU a total of $1,536.01 from the funds received from the Debtors to date as adequate protection of PFFCU's interests in the Vehicle, which amounts shall be applied to reduce the balance of the Financing owed by the Debtors. Thereafter, until confirmation of a Chapter 13 plan, the Debtors shall make regular pre-confirmation payments in the amount of $219.43 per month to PFFCU as adequate protection of PFFCU's interests in the Vehicle and which shall be applied to reduce the balance of the Financing owed by the Debtors. Upon confirmation of a Chapter 13 plan, PFFCU shall file an amended proof of claim reflecting the balance due as of the date on which the Chapter 13 plan was confirmed and payments shall be made pursuant to the terms of such plan to PFFCU on account of the balance of the Financing owed by the Debtors until such financing is paid in full.

7.  Notwithstanding the foregoing, nothing herein shall constitute an admission by PFFCU that it is adequately protected and PFFCU reserves all rights with respect to the issue of adequate protection.

2

119418789_1

REMAINDER OF PAGE INTENTIONALLY BLANK

CONSENTED TO BY:

                                       DILWORTH PAXSON LLP

DATED: February 1, 2017        /s/ Anne M. Aaronson
                                       Anne M. Aaronson, Esquire
                                       *Attorney for PFFCU*

CONSENTED TO BY:

                                       LAW OFFICES OF DAVID M. OFFEN

DATED: February 1, 2017        /s/ David M. Offen
                                       David M. Offen, Esquire
                                       *Attorney for Debtors*

CONSENTED TO BY:

DATED: February 1, 2017        CHAPTER 13 TRUSTEE

                                       /s/ Jack Miller
                                       William C. Miller
                                       *Chapter 13 Trustee*
                                       1234 Market St., Suite 1813
                                       Philadelphia, PA 19107

SO ORDERED:

ENTERED ON: **February 9, 2017**
                                       The Honorable Ashely M. Chan
                                       United States Bankruptcy Judge

3