```
                    UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN  RE:                      :    CHAPTER  13
                                 :
       Katharine Arias           :    NO.  16-13984-AMC
       Rey A. Arias              :
            Debtor               :
```

## CERTIFICATE OF SERVICE

I, David M. Offen, Attorney for the above named debtors, hereby certify that on June 25, 2018, I served a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date on Debtor's Motion to Allow Refinancing of Mortgage, on the Chapter 13 Trustee William C. Miller, Esquire and on all creditor's via first class mail.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 6/25/18