## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Katharine Arias, Rey A. Arias,<br><br>        Debtor | Chapter 13<br><br>Case No.: 16-13984-amc |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>        Movant,<br>vs.<br>Katharine Arias, Rey A. Arias,<br>        Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>        Trustee / Respondent. | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on June 27, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 14, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED: July 17, 2018

    /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant