IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Katharine Arias | : | |
| Rey A. Arias | : | No. 16-13984-AMC |
| Debtors | | |

O R D E R

AND NOW, on this 31st day of July, 2018, it is hereby ORDERED and DECREED that the Debtors are permitted to refinance their mortgage in the amount of $128,001.00 for the property located at 7213 Walker Street Philadelphia, PA 19135.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CC:

William C. Miller, Esq., Trustee

David M. Offen, Esq.