## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Katharine Arias, Rey A. Arias,<br><br>                Debtor | Chapter 13<br><br>Case No.: 16-13984-amc |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>                Movant,<br>vs.<br>Katharine Arias, Rey A. Arias,<br>                Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>                Trustee / Respondent. | |

### ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on October 12, 2018 with regard to the above matter is APPROVED.

**Date: October 16, 2018**

Hon. Ashely M. Chan, U.S.B.J.

226167-3