United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Katharine Arias
Rey A. Arias
    Debtors

Case No. 16-13984-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: ChrissyW　　　Page 1 of 1　　　Date Rcvd: Oct 16, 2018
　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
db        +Katharine Arias,   7213 Walker Street,   Philadelphia, PA 19135-1112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
      ANNE M. AARONSON   on behalf of Creditor   POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com,
      mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
      DAVID M. OFFEN   on behalf of Debtor Katharine  Arias dmo160west@gmail.com,
      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      DAVID M. OFFEN   on behalf of Joint Debtor Rey A. Arias dmo160west@gmail.com,
      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Katharine Arias, Rey A. Arias,<br><br>    Debtor | Chapter 13<br><br>Case No.: 16-13984-amc |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>    Movant,<br>vs.<br>Katharine Arias, Rey A. Arias,<br>    Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>    Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on October 12, 2018 with regard to the above matter is APPROVED.

**Date: October 16, 2018**     _____

                Hon. Ashely M. Chan, U.S.B.J.

226167-3