IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Katharine Arias<br>    Rey A. Arias,<br>        Debtors, | Chapter 13<br><br>Case No.: 16-13984-amc |
| Nationstar Mortgage LLC,<br>        Movant, | |
| Katharine Arias and Rey A. Arias,<br>        Debtors / Respondents | |
| and<br>William C. Miller, Esq.,<br>        Trustee / Respondent | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this __19th__ day of __June__, 20__19__, upon certification of default under the parties' prior stipulation, it is hereby

**ORDERED** that Nationstar Mortgage LLC is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtors, Katharine Arias and Rey A. Arias, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 7213 Walker Street, Philadelphia, PA 19135;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
Hon. Ashely M. Chan, U.S.B.J.