United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Katharine Arias  
Rey A. Arias  
    Debtors

Case No. 16-13984-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jun 20, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.  
db/jdb       +Katharine Arias,   Rey A. Arias,   7213 Walker Street,   Philadelphia, PA 19135-1112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:

        ANDREW M. LUBIN   on behalf of Creditor   Nationstar Mortgage LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
        ANNE M. AARONSON   on behalf of Creditor   POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com  
        DAVID M. OFFEN   on behalf of Debtor Katharine  Arias dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        DAVID M. OFFEN   on behalf of Joint Debtor Rey A. Arias dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                            TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Katharine Arias<br>    Rey A. Arias,<br>        Debtors, | Chapter 13<br><br>Case No.: 16-13984-amc |
| Nationstar Mortgage LLC,<br>        Movant,<br><br>Katharine Arias and Rey A. Arias,<br>        Debtors / Respondents<br><br>and<br>William C. Miller, Esq.,<br>        Trustee / Respondent | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

      AND NOW, this __19th__ day of __June__, 20__19__, upon certification of default under the parties' prior stipulation, it is hereby

      **ORDERED** that Nationstar Mortgage LLC is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtors, Katharine Arias and Rey A. Arias, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 7213 Walker Street, Philadelphia, PA 19135;

      **ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

      **ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

      BY THE COURT:

_____
Hon. Ashely M. Chan, U.S.B.J.