United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-13984-elf

Katharine Arias  Chapter 13

Rey A. Arias

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Katharine Arias, Rey A. Arias, 7213 Walker Street, Philadelphia, PA 19135-1112 |
| cr | + | NATIONSTAR MORTGAGE LLC, c/o Kevin S. Frankel, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 13738851 | + | Cap1/Justc, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13738862 | + | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 13770119 | + | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 13738867 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 13774115 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13738868 | + | Police And Fire Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13738869 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:27 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13738849 | | Email/Text: tropiann@einstein.edu | Jun 16 2021 23:44:00 | Albert Einstein Medical Ctr., P.O. Box 785371, Philadelphia, PA 19178-5371 |
| 13738850 | | Email/Text: tropiann@einstein.edu | Jun 16 2021 23:44:00 | Albert Einstein Medical Ctr., P.O. Box 8500-7135, Philadelphia, PA 19178-7135 |
| 13738852 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:07 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13738856 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:45 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 13760637 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13820880 | + | Email/Text: bnc@bass-associates.com | Jun 16 2021 23:43:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |

Case 16-13984-elf    Doc 72    Filed 06/18/21    Entered 06/19/21 00:38:04    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13738855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 16 2021 23:49:43 | | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13738857 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2021 23:44:23 | | Comenity Bank/Nwyrk&Co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 13738858 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2021 23:44:00 | | Comenitycapital/Haband, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13738859 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2021 23:44:00 | | Comenitycapital/Overst, Po Box 182120, Columbus, OH 43218-2120 |
| 13738860 | + | Email/PDF: creditonebknotifications@resurgent.com Jun 16 2021 23:49:09 | | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13738866 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 17 2021 00:08:14 | | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 13819010 | | Email/Text: bnc-quantum@quantum3group.com Jun 16 2021 23:44:00 | | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13798329 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 17 2021 00:08:12 | | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13795734 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 16 2021 23:44:00 | | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13818555 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2021 23:49:11 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13789666 | | Email/Text: bnc-quantum@quantum3group.com Jun 16 2021 23:44:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13776469 | | Email/Text: bnc-quantum@quantum3group.com Jun 16 2021 23:44:23 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13754698 | | Email/PDF: rmscedi@recoverycorp.com Jun 16 2021 23:49:36 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13738871 | + | Email/PDF: gecsedi@recoverycorp.com Jun 16 2021 23:49:26 | | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 13738872 | + | Email/PDF: gecsedi@recoverycorp.com Jun 16 2021 23:49:26 | | Syncb/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 13738874 | + | Email/PDF: gecsedi@recoverycorp.com Jun 16 2021 23:49:26 | | Syncb/Toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 13738875 | + | Email/PDF: gecsedi@recoverycorp.com Jun 16 2021 23:49:27 | | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13829376 | + | Email/Text: megan.harper@phila.gov Jun 16 2021 23:45:00 | | Water Revenue Bureau, c/o Pamela Elchert Thurmond, 1401 JFK Blvd, 5th Floor, Phila., PA 19102-1663 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13738853 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13738854 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13738861 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13738863 | *+ | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 13738864 | *+ | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |

Case 16-13984-elf    Doc 72    Filed 06/18/21    Entered 06/19/21 00:38:04    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 37 |

| 13738865 | *+ | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 13738870 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13738873 | *+ | Syncb/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 13738876 | *+ | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

**Name**    **Email Address**

ANDREW M. LUBIN
on behalf of Creditor Nationstar Mortgage LLC alubin@milsteadlaw.com  bkecf@milsteadlaw.com

ANNE M. AARONSON
on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com
mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com

DAVID M. OFFEN
on behalf of Debtor Katharine Arias dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
on behalf of Joint Debtor Rey A. Arias dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JOSHUA I. GOLDMAN
on behalf of Creditor Nationstar Mortgage LLC Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com

KEVIN S. FRANKEL
on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com

MATTEO SAMUEL WEINER
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

MATTHEW CHRISTIAN WALDT
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
on behalf of Creditor Nationstar Mortgage LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com

THOMAS I. PULEO
on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Katharine Arias and Rey A. Arias
   Debtor(s)                  Bankruptcy No: 16−13984−elf
                                    Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

 4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

 5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                             For The Court
                             Timothy B. McGrath
                             Clerk of Court

Dated: 6/16/21

                                            69 − 67
                                          Form 138_new